**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1664**

JEREMY C. SOUTHGATE, d/b/a Sound Spark Studios,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA; BARACK H. OBAMA; ALLISON D. BURROUGHS; MASSACHUSETTS INSTITUTE OF TECHNOLOGY; ALPHABET INC., a/k/a Google; LYOR COHEN; WARNER MUSIC GROUP CORP.; TIME WARNER INC.; THEORY ENTERTAINMENT, LLC; IAC/InterActiveCorp; INTERACTIVECORPORATION; ACADEMY OF MOTION PICTURE ARTS AND SCIENCES; NATIONAL ACADEMY OF RECORDING ARTS & SCIENCES, INC.; INTERNATIONAL BUSINESS MACHINES CORPORATION; SPOTIFY AB; STARBUCKS CORPORATION; BILL, HILLARY & CHELSEA CLINTON FOUNDATION; SOUNDSPARK, INC.; DOES 1 - 10,000,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:17-cv-01047-LO-MSN)

Submitted: November 30, 2018                    Decided: December 7, 2018

Before GREGORY, Chief Judge, FLOYD, Circuit Judge, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jeremy C. Southgate, Appellant Pro Se. Dennis Carl Barghaan, Jr., Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia; Matthew Sheldon, GOODWIN PROCTER, LLP, Washington, D.C.; Wendy Cohen McGraw, HUNTON ANDREWS KURTH, LLP, Norfolk, Virginia; Seth Abram Schaeffer, MCGUIREWOODS, LLP, Richmond, Virginia; Craig Crandall Reilly, Alexandria, Virginia; Brian Hunt Rowe, Washington, D.C., Christopher Tayback, QUINN, EMANUEL, URQUHART & SULLIVAN, LLP, Los Angeles, California; Christopher Emrich Ondeck, PROSKAUER ROSE, LLP, Washington, D.C.; Steven F. Barley, Marc Andrew Marinaccio, Baltimore, Maryland, Jon M. Talotta, HOGAN LOVELLS US LLP, McLean, Virginia; Patrick John Curran, Jr., Daniel Peter Reing, DAVIS WRIGHT TREMAINE, LLP, Washington, D.C.; Joseph S. Cianfrani, David G. Jankowski, KNOBBE MARTENS OLSON & BEAR, LLP, Irvine, California; David G. Barger, GREENBERG TRAURIG, LLP, McLean, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Jeremy C. Southgate, doing business as Sound Spark Studios, appeals the district court's order granting Defendants' motions to dismiss and dismissing with prejudice Southgate's civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Southgate v. United States*, No. 1:17-cv-01047-LO-MSN (E.D. Va. filed Apr. 9, 2018; entered Apr. 10, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*